# UNITED STATES DISTRICT COURT
for the
Southern District of California

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br><br>Account associated with 619-844-7461 | )<br>)<br>)  Case No.  19MJ4972<br>)<br>)<br>) |

FILED
NOV 07 2019

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

See Attachment A

located in the _____ District of ____New Jersey____, there is now concealed *(identify the person or describe the property to be seized)*:

See Attachment B

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☑ evidence of a crime;
☐ contraband, fruits of crime, or other items illegally possessed;
☐ property designed for use, intended for use, or used in committing a crime;
☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2113(a) | Bank Robbery |

The application is based on these facts:
See attached affidavit of FBI Special Agent Brian Loveland

☑ Continued on the attached sheet.
☐ Delayed notice of ____ days (give exact ending date if more than 30 days: _____) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Applicant's Signature*

Brian Loveland, FBI Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 11/7/19

*Judge's signature*

City and state: San Diego, CA    Hon. Allison H. Goddard, U.S. Magistrate Judge
*Printed name and title*

## ATTACHMENT A

*Property to Be Searched*

This warrant applies to records and information associated with the cellular telephone assigned telephone number **(619) 844-7461** (Target Account) that are stored at premises controlled by T-Mobile, headquartered at 4 Sylvan Way, Parsippany, New Jersey 07504.

## ATTACHMENT B

*Particular Things to be Seized*

I. Service of Warrant

The agent executing the warrant shall permit the Provider in Attachment A, as custodian of the electronic files described in Section II below, to locate the files and copy them onto removable electronic storage media and deliver the same to the agent.

II. Information to be Seized by the Government

Agents shall seize the following records, data, and information covering **August 15, 2019 until and including August 23, 2019** and maintained by the Provider for the subject account identified in the attachment describing the property to be searched Attachment A:

a. Subscriber information, including:
   i. Names;
   ii. Addresses (including mailing addresses, residential addresses, business addresses, and e-mail addresses);
   iii. Local and long distance telephone connection records;
   iv. Records of session times and durations, and the temporarily assigned network addresses (such as Internet Protocol ("IP") addresses) associated with those sessions;
   v. Length of service (including start date) and types of service utilized;
   vi. Telephone or instrument numbers, including MAC addresses, Electronic Serial Numbers ("ESN"), Mobile Electronic Identity Numbers ("MEIN"), Mobile Equipment Identifier ("MEID"); Mobile Identification Number ("MIN"), Subscriber Identity Modules ("SIM"), Mobile Subscriber Integrated Services Digital Network Number ("MSISDN"); International Mobile Subscriber

Identity Identifiers ("IMSI"), or International Mobile Equipment Identities ("IMEI");
   vii. Other subscriber numbers or identities; and
   viii. Means and source of payment (including any credit card or bank account number) and billing records.

b. Records and other information about past wire or electronic communications sent or received by the subject account, including:
   i. the date and time of the communication;
   ii. the method of the communication;
   iii. the source and destination of the communication, such as the source and destination telephone numbers (call detail records), email addresses, or IP addresses; and
   iv. Cell site locations and sectors for all outgoing and incoming voice, SMS, MMS, and Data communications.

which are evidence of violations of 18 U.S.C. § 2113(a) (Bank Robbery).

MCB

AFFIDAVIT IN SUPPORT OF

AN APPLICATION FOR A SEARCH WARRANT

I, Brian Loveland, being duly sworn, declare and state:

INTRODUCTION

1. This affidavit supports an application for a warrant for information associated with the following T-Mobile telephone number:

    a. **(619) 844-7461**, believed to have been used by Ryan W. Nelson (NELSON)(hereinafter the **Target Account**);

as described in Attachment A, including subscriber information, telephone toll data, and cell-site geo-location information for the period of *August 15, 2019 until and including August 23, 2019*.

2. As set forth below, probable cause exists to believe that the **Target Account** contains evidence of bank robberies in violation of 18 U.S.C. § 2113(a). The **Target Account** is currently in the possession of T-Mobile, headquartered at 4 Sylvan Way, Parsippany, New Jersey, 07054. This affidavit is made in support of an application for a search warrant under 18 U.S.C. § 2703(c)(1)(A) to require T-Mobile to disclose to the government copies of the information pursuant to the method described in Section I of Attachment B. Upon receipt of the information, government-authorized persons will review the information to locate items described in Section II of Attachment B.

TRAINING AND EXPERIENCE

3. I am an investigative or law enforcement officer within the meaning of Title 18, United States Code, Section 2510(7); that is, an officer of the United States, who is empowered by law to conduct investigations of and to make arrests for offenses enumerated in Title 18 of the United States Code.

4. I am a Special Agent with the Federal Bureau of Investigation (FBI), and have been so employed since January 2018. Prior to joining the FBI, I worked as

1

a Clinical Research Coordinator with the University of North Carolina's Marsico Lung Institute and as a Basic Emergency Medical Technician for Orange County Rescue Squad. I am currently assigned to the Violent Crimes Task Force of the San Diego Field Office where I investigate various crimes that include, but are not limited to, commercial robberies, bank robberies, kidnappings, extortions, and assaults on federal officers. Prior to being assigned to the San Diego Field Office, I completed twenty-two (22) weeks of training at the FBI Academy in Quantico, Virginia (VA). During the training, I received instruction in a variety of investigative techniques commonly used in support of a wide range of the FBI's investigative priorities. The training included instruction regarding the use of confidential human sources, electronic and physical surveillance techniques, law enforcement tactics, search and seizure laws and techniques, interviewing strategies and skills, forensic techniques, and a variety of other subjects.

5. My training and experience as a Special Agent and FBI employee, my participation in a multitude of investigations, and my interactions with other agents, as well as with other state and local law enforcement officers familiar with violent crimes, and form the basis of the opinions and conclusions set forth below, which I have drawn from the facts set forth herein. The facts are set forth in substance not verbatim, unless otherwise notes. Since this affidavit is being submitted for the limited purpose of securing a search warrant, I have not included each and every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause.

## PROBABLE CAUSE

### U.S. Bank Robbery on August 15th

6. Since August 15, 2019, the FBI has been investigating bank robberies by an unknown suspect, dubbed the "Big Cheese Bandit," from his distinctive "toothy" grin displayed during his first bank robbery.

2

7.     On August 15, 2019, at approximately 10:10 a.m., there was a robbery at the U.S. Bank located within the Vons Supermarket at 6155 El Cajon Boulevard, San Diego, California. Based on interviews with witnesses and reviewing surveillance footage, investigators learned the suspect entered the store and approached the teller station, while appearing to talk on his cell phone, and gave the victim teller step-by-step verbal commands, demanding the teller to give him money by stating something similar to, "Grab a bag. Start with the hundreds. Put all the money in the bag and give it to me, or I'm gonna shoot." The teller complied with demands and provided the suspect with money from his teller drawer, totaling $1,372. Prior to fleeing, the suspect told the victim teller, "Wait seven minutes, I've got someone in the store." The suspect then turned and exited the bank area, leaving out the east exit of the Vons Supermarket.

8.     The suspect was described as a light-skinned black male, approximately 5'10" in height, a thin build, and approximately late 20 to early 30 years-of-age. The suspect had a shaved head with stubble, and short, stubble beard hair, and wore a black bomber-style jacket and black, square-rimmed sunglasses. U.S. Bank provided



3

the following image of the suspect:

*Wells Fargo Robbery on August 23rd*

9. On August 23, 2019, at approximately 11:56 a.m., the Wells Fargo located within the Vons Supermarket at 8011 University Avenue, La Mesa, California was robbed. Investigators interviewed witnesses and review surveillance footage and learned that the suspect approached bank's teller station row while appearing to talk on his cell phone, and then demanded money from the three victim tellers by giving step-by-step verbal commands, stating something similar to, "Start with your 100s and put them in a bag, or I'll start shooting." The tellers complied with the demands and provided the suspect with a bag containing money from each of the teller's drawers totaling $9,600.00. The suspect then turned and exited the bank area, leaving out of the Vons Supermarket main entrance.

10. The suspect was described as a light-skinned black male, approximately 5'8" in height, and early 30 years-of-age. The suspect had a shaved head with stubble and wore a white t-shirt, dark colored pants, and a blue backpack. The suspect had a distinctive tattoo on his forearm of a cross with a date underneath. Surveillance



4

photographs from Wells Fargo provided the following images of the suspect:



11. Both banks were insured by the Federal Deposit Insurance Corporation at the time of the robberies.

*Identification of the Bank Robber*

12. Subsequent to each robbery, local police and FBI conducted a local canvas in the immediate vicinity of each bank. FBI Agents identified a San Diego Metropolitan Transit System (MTS) Trolley Stop, known as the La Mesa Boulevard Station, located approximately 0.3 miles east of the Wells Fargo located within the University Avenue Vons Supermarket. FBI Agents contacted San Diego Transit Enforcement and provided details of the robbery as well as surveillance photos provided by Wells Fargo Bank. San Diego Transit Enforcement provided surveillance photograph of the suspect at the La Mesa Boulevard Station at approximately 12:02 PM, approximately six minutes after the robbery of the Wells Fargo. San Diego Transit Enforcement provided the following photograph:

5



13. San Diego Transit Enforcement identified that the suspect exited the MTS trolley at the 62nd street and Encanto station. From the MTS Compass Card identified as being used by the suspect at the La Mesa Boulevard Station, the suspect was identified as frequently boarding MTS busses at the Woodman Street and Bullock Drive bus stop approximately 1.5 miles south of the 62nd street and Encanto Trolley Station.

14. On August 28, 2019, San Diego Transit Enforcement notified FBI Agents that the Compass Card used by the suspect during the August 23, 2019 robbery of the Wells Fargo Bank was not currently registered in anyone's name but had been registered to a Ryan Nelson from September 25, 2018 to November 28, 2018.

15. A search of California Department of Motor Vehicles (DMV) identified

a Driver's License Photo for Ryan W. Nelson, Date of Birth (DOB) January 25, 1982:



16.    A review of California DMV databases identified that Ryan W. Nelson had a registered address of 1585 Parkland Way, San Diego, California (Nelson's Residence) for his Commercial Driver's License. Nelson's Residence is approximately 0.2 miles from the Woodman Street and Bullock Drive MTS Bus Stop.

17.    On August 28, 2019, at approximately 2:19 p.m., members of the San Diego Violent Crimes Task Force were conducting surveillance at the Nelson's Residence, a single-story residence, when the suspect, matching the description of Ryan W. Nelson, exited the a gold BMW with California License Plate 8JRL610 (Nelson's Vehicle) parked in the driveway of Nelson's Residence, and entered the house.

18.    On August 29, 2019, investigators executed federal search warrants issued by the Honorable Andrew G. Schopler and searched Nelson's Residence and

Vehicle. During the search of the residence, a loaded, black semi-automatic handgun, a pair of black sunglasses with black frames, a black bomber-style jacket, a black t-shirt, dark colored pants with white stripes down the side, a black cell phone, a navy blue-colored backpack, and a large black wristwatch, all similar in appearance to the ones worn by Nelson while conducting the two bank robberies, were found and seized.

19. In addition to clothes and accessories matching those worn by Nelson during the two bank robberies, investigators seized one cell phone and $2,030.00 in U.S. currency from Nelson's person and a second cell phone from Nelson's bedroom within Nelson's Residence and booked them into evidence with FBI in the Southern District of California. Nelson was arrested for bank robbery subsequent to searches of his residence and vehicle.

*Identification of the Target Account*

20. On September 9, 2019, investigators executed federal search warrants issued by the Honorable Andrew G. Schopler and searched the cell phones seized during the search of Nelson's residence. The phone number of the cell phone seized on Nelson's person was identified as **(619) 844-7461**, associated with the **Target Account**. The second cell phone seized in Nelson's bedroom was identified as a previously used cell phone by Nelson that utilized with the same phone number.

BACKGROUND REGARDING WIRELESS PROVIDERS

21. In my training and experience, I have learned that T-Mobile provides cellular telephone access to the general public. I also know that providers of cellular telephone service have technical capabilities that allow them to collect and generate information about the locations of the cellular telephones to which they provide service, including cell-site data, also known as "tower/face information" or "cell tower/sector records." Cell-site data identifies the "cell towers" (i.e., antenna towers covering specific geographic areas) that received a radio signal from the cellular

8

telephone and, in some cases, the "sector" (i.e., faces of the towers) to which the telephone connected. These towers are often a half-mile or more apart, even in urban areas, and can be 10 or more miles apart in rural areas. Furthermore, the tower closest to a wireless device does not necessarily serve every call made to or from that device. Accordingly, cell-site data provides an approximate location of the cellular telephone but is typically less precise than other types of location information, such as E-911 Phase II data or Global Positioning Device ("GPS") data.

22. Based on my training and experience, I know that T-Mobile can collect cell-site data about the telephone number **(619) 844-7461**. I also know that wireless providers such as T-Mobile typically collect and retain cell-site data pertaining to cellular phones to which they provide service in their normal course of business in order to use this information for various business-related purposes.

23. Based on my training and experience, I know that wireless providers such as T-Mobile typically collect and retain information about their subscribers in their normal course of business. This information can include basic personal information about the subscriber, such as name and address, and the method(s) of payment (such as credit card account number) provided by the subscriber to pay for wireless telephone service. I also know that wireless providers such as T-Mobile typically collect and retain information about their subscribers' use of the wireless service, such as records about calls or other communications sent or received by a particular phone and other transactional records, in their normal course of business. In my training and experience, this information may constitute evidence of the crimes under investigation because the information can be used to identify the telephone **(619) 844-7461** user and may assist in the identification of co-conspirators and/or victims.

//

//

CONCLUSION

24. Based on the foregoing, I request that the Court issue the proposed search warrant, pursuant to 18 U.S.C. § 2703(c) and Federal Rule of Criminal Procedure 41.

25. Based upon my training and experience, consultation with other law enforcement officers experienced in robbery investigations, and all the facts and opinions set forth in this Affidavit, there is probable cause to believe that the **Target Account,** as described in **Attachment A,** to be seized, as set forth above and in Section I of Attachment B (incorporated herein), will contain evidence of bank robberies, in violation of 18 U.S.C. § 2113(a), as set forth in Section II of the Attachment B.

_____
Brian Loveland
Special Agent
Federal Bureau of Investigation

Subscribed and sworn before me this ___7th___ day of November, 2019

_____
HON. ALLISON H. GODDARD
United States Magistrate Judge